UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHNSON,

        Petitioner,

Case No. 10-11388

HONORABLE GERALD E. ROSEN

v.

PAUL D. KLEE,

        Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the Opinion and Order denying the Habeas Corpus Petition, Denying a Certificate of Appealability, but Granting Leave to Proceed *in Forma Pauperis* on Appeal filed on July 26, 2012, judgment is entered in favor of the respondent and the case is DISMISSED.

DAVID WEAVER

Dated: November 14, 2012        By:   S/Julie Owens
                                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 14, 2012, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                      Case Manager, (313) 234-5137